IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARRIE KEATON, individually and on behalf of all other similarly situated individuals, ) ) ) ) | |
| Plaintiffs, ) | NO. 3:21-cv-00605 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| MCCORMICK TRUCKING, INC., et al., ) ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are the parties' Joint Motion for Approval of Settlement (Doc. No. 44) and Memorandum in Support thereof (Doc. No. 47) indicating that they have resolved this FLSA action pursuant to a negotiated settlement agreement and seek to dismiss the case with prejudice. The Court has reviewed the parties' settlement agreement (Doc. No. 44-1), and it appears to be a fair and reasonable settlement of the wage claims presented. Accordingly, the Joint Motion for Approval of Settlement (Doc. No. 44) is **GRANTED**, and this case is **DISMISSED** with prejudice. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE